NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

**v.**

**SANDISK LLC,**
*Cross-Appellant*

---

2016-2274, 2016-2275, 2016-2338, 2016-2339

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00970, IPR2014-00971.

---

**JUDGMENT**

---

THOMAS J. WIMBISCUS, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellant.  Also represented by WAYNE BRADLEY, SCOTT P. MCBRIDE, GREGORY SCHODDE, RONALD SPUHLER.

JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for cross-appellant.  Also represented by LORI A. GORDON, PAULINE PELLETIER, ROBERT EVAN SOKOHL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 14, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court